# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
X  Second  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Mae R. Christian        JOINT DEBTOR: _____    CASE NO.: 13-21421 RAM

Last Four Digits of SS# 6484        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  53  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ 116.77  for months  1  to  15  ;
- B. $ 653.76  for months  16  to _____ ;
- C. $ 190.26  for months  17  to  52  
- D. $ 3,195.50  for months  53  to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $  0   TOTAL PAID $  0
     Balance Due    $_____    payable $_____/month  (Months \_\_\_\_ to \_\_\_\_ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Bank of New York Mellon Trust Company    Arrearage on Petition Date    $ 8,490.50
Address: c/o Brandi R. Lesesne Esq.        Arrears Payment    $ 111.69 /month (Months  1  to  15 )
RCO Legal, P.S. P.A.                Arrears Payment    $ 588.39 /month (Months  16  to \_\_\_\_ )
1587 Northeast Expressway            Arrears Payment    $ 172.96 /month (Months  17  to  52 )
Atlanta, GA 30329                Regular Payment    $ NA /month (Months \_\_\_\_ to \_\_\_\_ )
Account No:    X7850

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | \_\_\_\_ To \_\_\_\_ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
         Payable  $_____/month (Months \_\_\_ to \_\_\_)  Regular Payment $_____

Unsecured Creditors: Pay $ 2,905.00 /month (Months  53  to _____ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income

The debtor will modify the plan to provide for the distribution of funds recovered from her pending lawsuit which are not exempt to the unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

     /s/ Mae R. Christian
Debtor                            Joint Debtor
Date:   October 9, 2014            Date:_____

LF-31 (rev. 01/08/10)